157 A.3d 814

**GRIFFIN, Allen**

v.

**STATE of Maryland**

**Pet. Docket No. 634, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 1750, Sept. Term, 2015).

Petition for writ of certiorari dismissed

■

157 A.3d 814

**HEROLD**

v.

**MD. DEPARTMENT OF the ENVIRONMENT**

**Pet. Docket No. 615, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 903, Sept. Term, 2014).

Petition for writ of certiorari denied